```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      FORT MYERS DIVISION
```

VALDONIA RIDDICK,

      Petitioner,

v.                                  Case No.   2:07-cv-499-FtM-33SPC

UNITED STATES OF AMERICA,

      Respondent.
_____/

### ORDER

This matter comes before the Court pursuant to "Plaintiff's Application for Certificate of Appealability, of Order of Denial of Petition Pursuant to 28 U.S.C. § 2255, Dated 6/25/08" (Doc. # 45) as well as Plaintiff's Application to Proceed Without Payment of Fees and Affidavit (Doc. # 47), both filed on July 10, 2008.  For the reasons that follow, both motions are denied.

### Discussion

On April 24, 1996, the President signed into law amendments to 28 U.S.C. §§ 2244, 2253, 2254, 2255, Appellate Rule 22, and 21 U.S.C. § 848(q). As a result, this Court should grant an application for a certificate of appealability only if the Petitioner makes a substantial showing of the denial of a constitutional right. To make this substantial showing, Petitioner "must demonstrate that the issues are debatable among jurists of reason" or "that a court could resolve the issues [differently]." Barefoot v. Estelle, 463 U.S. 880, 893 n.4 (1983) (citation omitted). In addition, Petitioner could show "the questions are

adequate to deserve encouragement to proceed further." Id.

Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Hernandez v. Johnson, 213 F.3d 243, 248 (5th Cir.), cert. denied, 531 U.S. 966 (2000). When the district court has rejected a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 532 U.S. 1009 (2001).

Here, Petitioner's claims were denied on the merits, rather than on procedural grounds, and Petitioner has failed to make the requisite showing for a certificate of appealability. Finally, because Petitioner is not entitled to a certificate of appealability, he is not entitled to appeal in forma pauperis.

Accordingly, it is now

**ORDERED, ADJUDGED, and DECREED:**

(1) Plaintiff's Application for Certificate of Appealability, of Order of Denial of Petition Pursuant to 28 U.S.C. § 2255 (Doc. # 45) is **DENIED**.

(2) Plaintiff's Application to Proceed Without Payment of Fees (Doc. # 47) on appeal is **DENIED**.

**DONE** and **ORDERED** in Ft. Myers, Florida, this <u>16th</u> day of July 2008.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

Petitioner

AUSA

USCA